STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant LAWRENCE LINDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 14 00285 JST |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | WAIVING DEFENDANT'S APPEARANCE |
| vs. | ) | AT  STATUS CONFERENCE |
| | ) | |
| LAWRENCE LINDBERG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

_

      This matter presently is scheduled for a status conference on 27 June 2014.  Mr Lindberg is out of custody and resides in Vacaville, California, with his wife and children.  He does not have a car available to him at all times and presently is unemployed.  Traveling to court appearances here in the Northern District for non-substantive hearings would work a financial hardship.

      The government has provided an initial round of discovery, including documents relating to the wiretap application and master affidavit for the various search warrants issued in this case.  Because the initial appearance before this Court will likely only include matters relating to the scope of remaining discovery, and to scheduling the next appearance, IT IS STIPUATED AND AGREED that Mr Lindberg's appearance at the status conference on 27 June 2014 is WAIVED.

STIP/ORDER                                                  1

1

2  Dated: 11 June 2014

/s/
_____
KEVIN BARRY
Assistant United States Attorney

3

4

5  Dated: 11 June 2014

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

6

7

8   Good cause appearing therefor, IT IS ORDERED that Mr Lindberg's appearance at the status conference on 27 June 2014 is WAIVED.

9

10

11

12  Dated: June 12, 2014

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORDER                                              2