STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant LAWRENCE LINDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 14 00285 JST |
| Plaintiff, | ~~STIPULATION AND [PROPOSED]~~ ORDER WAIVING DEFENDANT'S APPEARANCE AT  STATUS CONFERENCE |
| vs. | |
| LAWRENCE LINDBERG, | |
| Defendant. | |

This matter presently is scheduled for a status conference on 25 July 2014.  Mr Lindberg is out of custody and resides in Vacaville, California, with his wife and children.  He does not have a car available to him at all times and presently is unemployed.  Traveling to court appearances here in the Northern District for non-substantive hearings would work a financial hardship.

The government has provided initial rounds of discovery, including documents relating to the wiretap application and master affidavit for the various search warrants issued in this case, and, more recently, surveillance and other investigative reports.

Because the status conference before this Court will likely only include matters relating to the scope of remaining discovery, and to scheduling the next appearance, IT IS STIPUATED

1 AND AGREED that Mr Lindberg's appearance at the status conference on 25 July 2014 is
2 WAIVED.

Dated: 21 July 2014                                          /s/
                                                             KEVIN BARRY
                                                             Assistant United States Attorney

Dated: 21 July 2014                                          /s/
                                                             JEROME E. MATTHEWS
                                                             Assistant Federal Public Defender

    Good cause appearing therefor, IT IS ORDERED that Mr Lindberg's appearance at the status conference on 25 July 2014 is WAIVED.

Dated: July 22, 2014

IT IS SO ORDERED
Judge Jon S. Tigar
United States District Court, Northern District of California

STIP/ORDER                                       2