STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LAURENCE LINDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-14 00285 JST [KAW] |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER MODIFYING RELEASE |
| vs. ) | CONDITIONS |
| ) | |
| LAURENCE LINDBERG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Laurence Lindberg is out of custody, residing in the Eastern District of California, and fully compliant with his release conditions. He wishes to travel to Disneyland for his granddaughter's birthday, leaving on 14 August 2014 and returning on 18 August 2014.

IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Lindberg's pretrial release are modified to permit Mr Lindberg to travel to the Central District of California on 14 August 2014 and to return to the Eastern District on 18 August 2014. Mr Lindberg shall provide his itinerary to Pretrial Services prior to travel.

1

Mr Lindberg shall continue to abide by existing conditions of his release, and by such other conditions as Pretrial Services deems appropriate.

Date: 1 August 2014

/s/
_____
KEVIN BARRY
Assistant United States Attorney

Date: 1 August 2014

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Date: 1 August 2014

/s/
_____
TAIFA GASKINS
United States Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Laurence Lindberg's pretrial release are modified to permit Mr Lindberg to travel to the Central District of California on 14 August 2014 and to return to the Eastern District on 18 August 2014.  Mr Lindberg shall provide his itinerary to Pretrial Services prior to travel.

Mr Lindberg shall continue to abide by existing conditions of his release, and by such other conditions as Pretrial Services deems appropriate.

Dated: August  5 , 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2