STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LAWRENCE LINDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14 00285 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE AT STATUS CONFERENCE |
| vs. | |
| LAWRENCE LINDBERG, | |
| Defendant. | |

This matter presently is scheduled for a status conference on 10 October 2014. Mr Lindberg is out of custody and resides in Vacaville, California, with his wife and children. He does not have a car available to him at all times and presently is unemployed. Traveling to court appearances here in the Northern District for non-substantive hearings would work a financial hardship.

The government has provided discovery, including documents relating to the wiretap application and master affidavit for the various search warrants issued in this case, and, more recently, surveillance and other investigative reports.

Because the status conference before this Court will likely only include matters relating to the scope of remaining discovery, and to scheduling the next appearance, IT IS STIPUATED

STIP/ORDER         1

1 AND AGREED that Mr Lindberg's appearance at the status conference on 10 October 2014 is
2 WAIVED.

Dated: 6 October 2014

/s/
_____
KEVIN BARRY
Assistant United States Attorney

Dated: 6 October 2014

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that Mr Lindberg's appearance at the status conference on 10 October 2014 is WAIVED.

Dated: October __7__, 2014

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA