STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LAWRENCE LINDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-14 00285 JST [KAW] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| LAWRENCE LINDBERG, | ) | |
| Defendant. | ) | |

Lawrence Lindberg is out of custody, residing in the Eastern District of California, and fully compliant with his release conditions. He wishes to go on a pre-planned ocean cruise with his family, beginning 9 November 2014 and concluding 15 November 2014. The cruise will leave Long Beach, California, make stops at Catalina Island and Ensenada, Mexico, and return to Long Beach.

IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Lindberg's pretrial release are modified to permit Mr Lindberg to leave the Eastern District of California on 9 November 2014 and to return to the Eastern District on 15 November 2014, for purposes of the

1

1  ocean cruise described above.  Mr Lindberg shall provide his itinerary to Pretrial Services prior
2  to travel.
3       Mr Lindberg shall continue to abide by existing conditions of his release, and by such
4  other conditions as Pretrial Services deems appropriate.

/s/

Date: 3 November 2014    _____
                                   KEVIN BARRY
                                   Assistant United States Attorney

/s/

Date: 3 November 2014    _____
                                   JEROME E. MATTHEWS
                                   Assistant Federal Public Defender

/s/

Date: 3 November 2014    _____
                                   TAIFA GASKINS
                                   United States Pretrial Services Officer

     Good cause appearing therefor, IT IS ORDERED that the conditions of Lawrence Lindberg's pretrial release are modified to permit Mr Lindberg leave the Eastern District of California on 9 November 2014 and to return to the Eastern District on 15 November 2014, for purposes of the ocean cruise described above.  Mr Lindberg shall provide his itinerary to Pretrial Services prior to travel.

     Mr Lindberg shall continue to abide by existing conditions of his release, and by such other conditions as Pretrial Services deems appropriate.

Dated: November  4 , 2014    _____
                                       KANDIS A. WESTMORE
                                       United States Magistrate Judge