STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant LAURENCE LINDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 14 00285 JST |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) | |
| LAURENCE LINDBERG, | ) | |
| Defendant. | ) | |

    This matter presently is scheduled for sentencing on 4 September 2015. Mr Lindberg, who is not in custody, has split vertebrae in his back and recently learned that he will need to undergo surgical repair. The surgery is scheduled for 31 August 2015 in Napa, California, and will require fusion of the repaired vertebrae to his pelvis with bolts. Mr Lindberg's doctor states that the procedure will be followed by mandatory bed rest for a period of three to six weeks.

    For this reason, IT IS STIPULATED AND AGREED that Mr Lindberg's sentencing hearing be continued to 23 October 2015.

STIP/ORDER           1

Dated: 14 August 2015

/s/
_____
KEVIN BARRY
Assistant United States Attorney

Dated: 14 August 2015

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

For the reasons stated in the foregoing stipulation and good cause appearing therefor, IT IS ORDERED that sentencing in this matter be continued to 23 October 2015.

Dated: August 18, 2015

_____
JON S. TIGAR
United States District Judge